1. Your Name: Ryan Tuttle
2. Address: 1001 Bridgway #611
3. Phone Number: N/A
4. Fax Number: N/A
5. E-mail Address: Tuttler28@gmail.com
6. Pro Se Plaintiff Ester IN Judgement

FILED
APR 20 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV22 02441 KAW

Ryan Tuttle

Plaintiff,

vs.

City of Sausillito etal

Defendant.

Case Number [leave blank]

**COMPLAINT**
42 USC 1983 1985
18 USC 2331

DEMAND FOR JURY TRIAL
Yes ✓  No ☐

Filed Concurrently
Application For TRO
Declaration Arthur Bruce
Declaration Brian Hagun
Declaration Robbie Powelson
Proposed order

**PARTIES**

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Ryan Tuttle
Address: 1001 Bridgeway #611, Sausalito CA 94965
Telephone: N/A

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: Chris Zapata, City Manager of City of Sausalito
Address: 420 Litho Street, Sausalito CA 94965
Telephone:
Capacity    ind [✓]    official [✓]

Defendant 2:
Name: City of Sausalito
Address: 420 Litho Street, Sausalito CA 94965
Telephone:
Capacity    ind [✓]    off [✓]

Defendant 3:
Name: Police Chief - Rohrbacher, John
Address: 420 Litho Street, Sausalito CA 94965
Telephone:
Capacity    ind [✓]    off [✓]

Defendant 3:
Name: Lieutenant Stacie Gregory Sausalito PD
Address:
[ ]

[ ]   URBaN Alchemy
1035 Market Street, 150, San Francisco, CA 94103

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Janelle Kellman, Sausalito Mayor

Address: 420 Litho Street, Sausalito, CA 94965

Telephone: _____

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[✓] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___  [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

[✓] a substantial part of the events I am suing about happened in this district.

[ ] a substantial part of the property I am suing about is located in this district.

[ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

[ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in __Marin__ County, it should be assigned to the __SF/Oakland__ Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

The police of sausilito (Stacy Gregorie) told me that I can not put up nor will they give me a tent in the tennis courts of sausillito where the police have made the Homeless have to camp. So denying me this has really effected me in the worst way - I can not get employment and

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

and Be a productive member of society without being employed. So the fact that the city of sausillito has denied me a place at the homeless camp and will not let me camp on the sidewalk of sausillito. I currently have a boat but am trying to take myself off the water so I can get employment and pay taxes like the rest of the population. The police have also towed my 1991 toyota pick up truck the day after Haloween illiegally without a 72 hour tow tag. That was my way to maintain self employment. About 8 months ago I had my moped which is a bicycle with a motor pedels and all and the police of sausillito told me they were going to tow my moped. So I had moved my Bike and not to long after my moped was stolen and I made a police report and the officer that took my statement was laughing of the situation after she learned that I lived out on Richardson bay Anchored out.

//
//

# CLAIMS

## First Claim

(Name the law or right violated: Violation of the First Amendment 42 USC 1983                    )

(Name the defendants who violated it: _____)

*Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.. Describe how Defendants actions have violated you exercise of freedom of speech, freedom of press, right to peaceably assemble, and right to petition the government. For example, are Defendants actions forcing you out of your voting precinct. ]*

1. By not allowing me to camp in Municip Defendants are violating my First Amendment right to freely associate.

2. By trying to kick me out of my city they are violating my freedom to associate.

-6-

1  __SECOND__ Claim
2  (Name the law or right violated: __42 USC 1983 + 1985   4th Amendment__
3  (Name the defendants who violated it: __ALL DEFENDANTS__ )
4  The Fourth Amendment States The right of the people to be secure in their persons, houses,
5  papers, and effects, against unreasonable searches and seizures, shall not be violated, and no
6  warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly
7  describing the place to be searched, and the persons or things to be seized. Describe how defendants
8  are are unreasonably searching and seizing you property without just cause or due process of
9  law.___.
10  By seizing and searching my
11  prospective domicile, they are violating
12  my right against unlawful searches and
13  seizures, without due process of law.

_____Third_____ **Claim**

(Name the law or right violated: 42 USC 1983+1985, Right Bodily Integrity (Name the defendants who violated it: All DEFENDANTS )

____.The Fourth amendment The right of the people to be secure in their **persons**, . Courts have interpreted this to mean their is a fourth amendment right to bodily integrity in that the Government cannot molest or damage your human body. Describe how defendants are physically putting hurting you, putting your life in jeopardy, causing injuring or increasing the risk of injury or death.

By exposing me to Elements and covid 19 by destroying my ability to Shelter in Place DEFENDANTS Are Violating my 4th Amendment right To Bodily Integrity by depriving me of my vehicle and ability to camp.

____. Fourth Claim
Violation 42 USC 1983+1985 5th AMENDMENT

by depriving me of due process of law to Contest these issues before a competent tribunal, Court, or any appeal process DEFENDANTS are Violating my 5th Amendment Rights in regards to my truck and campsites.

____. Fifth Claim
Violation 42 USC 1983+1985 8th Amendment

By Taking away my Vehicle and harassing me while camping the City is subjecting me to excessive fines and cruel punishment.

- 8 -

*[Copy this page and insert it where you need additional space.]*

## Sixth Claim
### Violation 42 USC 1983 14th Amendment

by depriving me of equal protection of the law because I am unhoused, defendants are violating my Fourteenth Amendment Right to equal Protection under the law.

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

_____ **Claim**

(Name the law or right violated: **A violation 18 USC 2331**) (Name the defendants who violated it: **All DEFENDATS**)

____.The Fourth amendment The right of the people to be secure in their **persons**, . Courts have interpreted this to mean their is a fourth amendment right to bodily integrity in that the Government cannot molest or damage your human body. Describe how defendants are physically putting hurting you, putting your life in jeopardy, causing injuring or increasing the risk of injury or death.

By using force and fear to coerce me a civilian, out of the city DEFENDANTS are engaging in Terrorism, by unlawfully coercing all unhoused people out of the city

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

That the court enjoin DEFENDANTS from terrorizing me and attacking my places of dwelling

## DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

[✓] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 4/20/2022   Sign Name: Ryan Tuttle
                  Print Name: Ryan Tuttle

COMPLAINT
PAGE ___ OF ___   [JDC TEMPLATE – 05/17]

JS-CAND 44 (Rev. 10/2020)

# CIVIL COVER SHEET

22-CV-2441-KAW

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Ryan Tuttle

**(b) County of Residence of First Listed Plaintiff** *(EXCEPT IN U.S. PLAINTIFF CASES)*
Marin

**(c) Attorneys** *(Firm Name, Address, and Telephone Number)*
Pro se

**DEFENDANTS**
City of Sausalito

**County of Residence of First Listed Defendant** *(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**Attorneys** *(If Known)*
Mary Wagner, Alex Merritt, Arthur Friedman

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [✓] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ✓1 | ✓1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | 710 Fair Labor Standards Act | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine / 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | 740 Railway Labor Act | 835 Patent—Abbreviated New Drug Application | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** | 751 Family and Medical Leave Act | 840 Trademark | 470 Racketeer Influenced & Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 370 Other Fraud | 790 Other Labor Litigation | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit |
| 190 Other Contract | 360 Other Personal Injury / 371 Truth in Lending | 791 Employee Retirement Income Security Act | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury -Medical Malpractice / 380 Other Personal Property Damage | **IMMIGRATION** | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | / 385 Property Damage Product Liability | 462 Naturalization Application | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 465 Other Immigration Actions | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | ✓440 Other Civil Rights / **HABEAS CORPUS** | | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities–Employment / 535 Death Penalty | | 871 IRS–Third Party 26 USC § 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities–Other / **OTHER** | | | 950 Constitutionality of State Statutes |
| | 448 Education / 540 Mandamus & Other | | | |
| | / 550 Civil Rights | | | |
| | / 555 Prison Condition | | | |
| | / 560 Civil Detainee– Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [✓] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation–Transfer
- [ ] 8 Multidistrict Litigation–Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983   42 USC 1985   18 USC 2331
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.
DEMAND $ greater than $25,000
CHECK YES only if demanded in complaint:
JURY DEMAND: [✓] Yes [ ] No

**VIII. RELATED CASE(S), IF ANY** *(See instructions)*:
JUDGE EMC     DOCKET NUMBER 5514

**IX. DIVISIONAL ASSIGNMENT** *(Civil Local Rule 3-2)*
*(Place an "X" in One Box Only)*
[✓] SAN FRANCISCO/OAKLAND   [ ] SAN JOSE   [ ] EUREKA-MCKINLEYVILLE

DATE 4/20/2022

SIGNATURE OF ATTORNEY OF RECORD
*Ryan Tuttle*

1