UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN TUTTLE,

        Plaintiff,

v.

CHRIS ZAPATA, et al.,

        Defendants.

Case No. 4:22-cv-02441-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Sausalito/Marin County Chapter of the California Homeless Union et al v. City of Sausalito, et al.*, 3:21-cv-01143-EMC.

IT IS SO ORDERED.

Dated: April 20, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge