Robbie Powelson
Robbiepowelson@gmail.com
415-847-7500
1001 Bridgeway, #611
Sausalito CA 94965

UNITED STATES COURT

DISTRICT OF NORTHERN CALIFORNIA

RYAN TUTTLE,

  Plaintiff,

vs.

CHRISTOPHER ZAPATA ET AL

  Defendant

Case No.: 3:22-cv-02441-EMC( RMI)

**APPLICATION OF AMICI CURIAE IN SUPPORT OF RYAN TUTTLES MOTION FOR TEMPORARY RESTRAINING ORDER**

**[FILED CONCURRENTLY WITH PROPOSED AMICUS BRIEF]**

I Robbie Powelson, am submitting the following motion for permission to submit an amicus brief.

Ryan Tuttle does not have regular access to electricity, and the last time I spoke to him his phone was not working, which is making it challenging him to stay in contact with the court. This is a direct result of Defendants actions of denying him the ability to encamp at Camp Cormorant at Marinship Park.

The need for electricity is one of the reasons Mr. Tuttle is seeking a tent at the tennis courts, because having some stability would allow him to keep his phone charged and seek and maintain gainful employment and to access the judicial system to protect himself from Sausalito Police.

I am responding to Stacie Gregories declaration. Gregorie's declaration is impertinent because it is her unofficial policy to ignore unhoused people seeking tents. Therefore her declaration of never speaking with Mr. Tuttle like has more to do with her own prejudicial practices against unhoused people than by a failure by Mr. Tuttle to request a tent.

Because Mr. Tuttle is having technical issues with access to electricity and a working phone, and the harassment he is facing is directly linked to his telephonic is issue. His case is directly relevant to the lawsuits I am party to in *S ausalit/Marin County Homeless Union vs City of Sausalito* and *Powelson vs City of S ausalito*.

Therefore, I submit the following proposed Amici Brief.

*Robert Powelson* 4/28/22

APPLICATION OF AMICI CURIAE IN SUPPORT OF RYAN TUTTLES MOTION FOR TEMPORARY RESTRAINING ORDER[FILED CONCURRENTLY WITH PROPOSED AMICUS BRIEF] - 1